

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00355-CV

**IN RE** Rafael **DEAYALA**, M.D., and Laredo OB/GYN Associates, P.A.

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Marialyn Barnard, Justice
               Patricia O. Alvarez, Justice

Delivered and Filed: June 19, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On June 5, 2013, Relators Rafael DeAyala, M.D. and Laredo OB/GYN Associates, P.A. filed a petition for writ of mandamus and an emergency motion to stay proceedings. The court has considered the petition for writ of mandamus and is of the opinion that Relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the emergency motion to stay proceedings are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2013CVT000279-D3, styled *Enriqueta Montalvo v. Rafael DeAyala, M.D., et al.*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Beckie Palomo presiding.